

Seyfarth Shaw LLP
620 Eighth Avenue
New York, New York  10018
T (212) 218-5500
F (212) 218-5526

gusenheimer@seyfarth.com
T (212) 218-3507

www.seyfarth.com

September 15, 2020

Hon. Kenneth M. Karas
United States District Court
Southern District of New York
Federal Building and United States Courthouse
300 Quarropas St., Room 521
White Plains, NY 10601

**MEMO ENDORSED**

Re:   Jane McSpirit v. CoventBridge (USA), Inc.
      Civil Action No. 7:20-cv-05754 (KMK)

Dear Judge Karas:

We represent Defendant CoventBridge (USA), Inc. ("CoventBridge") in the above referenced case.  We write pursuant to Your Honor's Individual Rules of Practice to request a 30-day extension of time, from September 22, 2020, through and including October 22, 2020, to respond the Complaint.  Plaintiff does not oppose this request.

This is CoventBridge's first request for an extension of time to respond to the Complaint.  This request is made, *inter alia,* to allow CoventBridge continued opportunity to investigate the claims asserted in the Complaint.

We appreciate the Court's attention to this matter.

Very truly yours,

SEYFARTH SHAW LLP

/s/ Gena Usenheimer

Gena Usenheimer

GU:dnl

Granted.

So Ordered.

9/15/20

65833457v.1