**FITAPELLI & SCHAFFER, LLP**
28 Liberty Street, 30th Floor
New York, New York 10005
Telephone: (212) 300-0375

## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JANE MCSPIRIT, individually and on behalf of all others similarly situated,<br><br>                    **Plaintiff,**<br><br>    **-against-**<br><br>**COVENTBRIDGE (USA) INC.,**<br><br>                   **Defendant.** | **No. 20 Civ. 05754**<br><br>**NOTICE OF MOTION** |

For the reasons set forth in the Memorandum of Law in Support of Plaintiff's Motion for Preliminary Approval of Settlement, Conditional Certification of the Settlement Class, Appointment of Plaintiff's Counsel as Class Counsel, and Approval of Plaintiff's Proposed Notice of Settlement and Class Action Settlement Procedure ("Motion for Preliminary Approval") and in the Declaration of Brian S. Schaffer in Support of Plaintiff's Motion for Preliminary Approval ("Schaffer Declaration"), and based on the pleadings and proceedings heretofore had herein, Plaintiff respectfully moves the Court, before the Hon. Paul E. Davison, United States Magistrate Judge, in the United States District Court for the Southern District of New York, 300 Quarropas Street, White Plains, New York 10601, on a return date to be set by the Court, to enter an Order:

    (1)     granting preliminary approval of the Settlement Agreement, attached as **Exhibit A** to the Schaffer Declaration;

    (2)     conditionally certifying the following settlement class under Fed. R. Civ. P. 23(a); and (b)(3) for purposes of effectuating the settlement:

All current and former investigators who worked CoventBridge in New York during the time period of September 16, 2013 through January 6, 2019.

(3)      appointing Fitapelli & Schaffer, LLP as Class Counsel;

(4)      approving Plaintiff's Notice of Class and Collective Action Lawsuit Settlement and Fairness Hearing, attached as **Exhibit B** to the Schaffer Declaration;

(5)      granting preliminary approval of the retention of A.B. Data, Ltd. to administer the settlement process and distribute the Notice of Class and Collective Action Lawsuit Settlement and Fairness Hearing;

(6)      approving Plaintiff's proposed schedule for final settlement approval; and

(7)      granting such other, further, or different relief as the Court deems just and proper.

\*    \*    \*

Plaintiff has contemporaneously submitted a Proposed Order, attached as **Exhibit D** to the Schaffer Declaration, for the Court's convenience.

Dated: New York, New York
       May 12, 2021

Respectfully submitted,

*/s/ Brian S. Schaffer*
Brian S. Schaffer

**FITAPELLI & SCHAFFER, LLP**
Brian S. Schaffer
Dana M. Cimera
28 Liberty Street, 30th Floor
New York, New York 10005
Telephone: (212) 300-0375

*Attorneys for Plaintiff and
the Putative Classes*

2