**FITAPELLI & SCHAFFER, LLP**
28 Liberty Street, 30th Floor
New York, New York 10005
Telephone: (212) 300-0375

## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JANE MCSPIRIT, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>-against-<br><br>COVENTBRIDGE (USA) INC.,<br><br>Defendant. | No. 20 Civ. 05754<br><br>NOTICE OF MOTION |

For the reasons set forth in the Memorandum of Law in Support of Plaintiff's Motion for Final Approval of Settlement ("Motion for Final Approval") and in the Declaration of Brian S. Schaffer in Support of Plaintiff's Motion for Final Approval ("Schaffer Declaration"), and based on the pleadings and proceedings heretofore had herein, Plaintiff respectfully moves the Court, before the Hon. Paul E. Davison, United States Magistrate Judge, in the United States District Court for the Southern District of New York, 300 Quarropas Street, White Plains, New York 10601, at the Fairness Hearing on October 18, 2021, as set forth in the Preliminary Approval Order (ECF No. 26), to enter an Order:

(1)    granting final approval of the Settlement, attached as **Exhibit A** to the Schaffer Declaration;

(2)    dismissing the Litigation with prejudice; and

(3)    retaining jurisdiction over the action to enforce the Settlement.

\* \* \*

Plaintiff has contemporaneously submitted a Proposed Order, attached as **Exhibit H** to the Schaffer Declaration, for the Court's convenience.

Dated: New York, New York
October 8, 2021

Respectfully submitted,

*/s/ Brian S. Schaffer*
Brian S. Schaffer

**FITAPELLI & SCHAFFER, LLP**
Brian S. Schaffer
Dana M. Cimera
28 Liberty Street, 30th Floor
New York, New York 10005
Telephone: (212) 300-0375

*Attorneys for Plaintiff and
the Putative Classes*