USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/18/21

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

---

JANE MCSPIRIT, individually and on behalf of all others similarly situated,

Plaintiff,

-against-

COVENTBRIDGE (USA) INC.,

Defendant.

---

No. 20 Civ. 05754

## [PROPOSED] ORDER AND JUDGMENT GRANTING FINAL APPROVAL OF CLASS AND COLLECTIVE ACTION SETTLEMENT AND SETTLEMENT AGREEMENT

**WHEREAS**, Plaintiff Jane McSpirit, on behalf of herself and persons who are alleged to be similarly situated, has applied to this Court for an order approving the settlement of the above-captioned matter on a class action and collective action basis on terms set forth in a Settlement Agreement (the "Settlement"), and has submitted in support thereof the Settlement Agreement, the Declaration of Brian S. Schaffer, and the exhibits attached thereto; and

**WHEREAS**, the Court has reviewed Plaintiff's motion seeking final approval of the Settlement as memorialized in the Settlement Agreement, which motion was unopposed by Defendant CoventBridge (USA), Inc. and further having reviewed and considered the Settlement Agreement, the Declaration of Brian S. Schaffer and the exhibits attached thereto;

**NOW, THEREFORE, IT IS HEREBY ORDERED AND ADJUDGED THAT:**

1. Pursuant to Rules 23(a) and 23(b)(3) of the Federal Rules of Civil Procedure and 29 U.S.C. § 216(b), the Court hereby certifies, for settlement purposes only, the following Settlement Class:

> All current and former surveillance investigators and claims investigators who worked at CoventBridge in the State of New York at any time during the period September 16, 2013 through January 6, 2019.

2. The Court grants final approval of the class action and collective action settlement reached between the parties as set forth in their Settlement Agreement and approves the Settlement Agreement as fair and reasonable.

3. The members of the Settlement Class ("Class Members") were sent Court-approved notice of this Settlement and were provided an opportunity to object to or be excluded from the Settlement, but none did so. Accordingly, all Class Members shall be and are bound by this Order and Judgment, including the dismissal with prejudice below.

4. The Court dismisses with prejudice: (a) the Litigation; (b) the State Law Wage and Hour Claims (as defined in the Settlement Agreement) of each all Class Members; and (c) the FLSA Claims (as defined in the Settlement Agreement) of all Class Members who endorse their Settlement Checks (as defined in the Settlement Agreement).

5. Without in any way affecting the finality of this Order and Judgment, the Court will retain jurisdiction over this action to enforce the Settlement.

It is so ORDERED this 18th day of October 2021.

Dated: White Plains, New York
October 18, 2021

_____
Hon. Paul E. Davison